# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| UROGYNECOLOGY SPECIALIST OF FLORIDA LLC,<br><br>Plaintiff,<br>v.<br><br>SENTINEL INSURANCE COMPANY, LTD.,<br>Defendant. | NO.: 6:20-cv-1174-Orl-22EJK |

## NOTICE OF FILING A CERTIFIED COPY OF INSURANCE POLICY

COMES NOW the Defendant, SENTINEL INSURANCE COMPANY, by and through its undersigned counsel, and files its Notice of Filing of the following Exhibits:

1. A certified copy of the Commercial Property and Casualty Policy issued by Defendant to Plaintiff which is the subject of this lawsuit (attached as Exhibit "1").

2. A Transcript of the Hearing on Plaintiff's Motion for Preliminary Injunction in *Social Life Magazine, Inc. v. Sentinel Ins. Co., Ltd.*, No. 20-cv-3311 (S.D.N.Y. May 14, 2020) (attached as Exhibit "2").

These documents will be used in support of Defendant's Motion to Dismiss Under Rule 12(b)(6), which is being filed on July 8, 2020.

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

*/s/ Troy J. Seibert*
Troy J. Seibert
Florida Bar No.: 84668
Email: tseibert@butler.legal
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
Telephone: (813) 594-5811

Sarah D. Gordon
John J. Kavanagh
Caitlin R. Tharp
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Phone: 202-429-8005
Email: sgordon@steptoe.com
*Pro Hac Vice Applications Forthcoming*

*Attorneys for Defendant, Sentinel Insurance Company, Ltd.*

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

Imran Malik
Malik Law P.A.
1061 Maitland Center Commons Blvd.
Maitland, FL 32751
Email: pleadings@maliklaw.com
Attorney for Plaintiff

by CM/ECF on July 8, 2020.

*/s/ Troy J. Seibert*
Troy J. Seibert