UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UROGYNECOLOGY SPECIALIST OF FLORIDA LLC,**

      **Plaintiff,**

v.                                                **Case No:   6:20-cv-1174-Orl-22EJK**

**SENTINEL INSURANCE COMPANY, LTD.,**

      **Defendant.**

_____/

**ORDER**

This case comes before the Court *sua sponte*. On October 28, 2020, Plaintiff Urogynecology Specialist of Florida LLC, filed its Rule 26(a)(1)(A) Disclosures. (Doc. 32.) This district prohibits litigants from filing discovery material unless "ordered by the Court, if necessary to the presentation or defense of a motion, or if required by law or rule." Middle District Discovery (2015) at 4;[1] *see also* Fed. R. Civ. P. 5(d)(1); Local Rule 3.03. Therefore, the notice at docket entry 32 is **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida on October 29, 2020.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

---

[1] The Middle District Discovery (2015) handbook can be found on the Court's website, http://www.flmd.uscourts.gov, under the "For Lawyers" tab.

Counsel of Record